## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JAMES L. HAYES, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  16-15854 ELF |

## O R D E R

AND NOW, the court having denied confirmation of the Debtor's chapter plan on **August 31, 2017**, (see Docket Entry No. 38), it is hereby **ORDERED** that a hearing is scheduled on **November 14, 2017, at 1:00 p.m.,** in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider:

**SUA SPONTE DISMISSAL OF THE CHAPTER 13 CASE**.[1]

Date: October 11, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] See, e.g., In re Jackson, 2007 WL 1188202, at *4-5 (Bankr. E.D. Pa. April 18, 2007) (court may dismiss chapter 13 bankruptcy case sua sponte pursuant to 11 U.S.C. §1307(c)).