United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15854-elf
James L Hayes                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1               Date Rcvd: Oct 11, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db             +James L Hayes,    7662 Brentwood Road,    Philadelphia, PA 19151-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
      LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for
       Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
      LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. Bank National Association as Trustee for
       Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
      MICHAEL ADAM COHEN    on behalf of Debtor James L Hayes mcohen1@temple.edu
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JAMES L. HAYES,         :     Chapter 13
                                   :
           Debtor                  :     Bky. No.   16-15854 ELF

# O R D E R

**AND NOW,** the court having denied confirmation of the Debtor's chapter plan on **August 31, 2017**, (see Docket Entry No. 38), it is hereby **ORDERED** that a hearing is scheduled on **November 14, 2017, at 1:00 p.m.,  in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to consider:

**SUA SPONTE DISMISSAL OF THE CHAPTER 13 CASE.**[1]

Date:  October 11, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1]  See, e.g., In re Jackson, 2007 WL 1188202, at *4-5 (Bankr. E.D. Pa. April 18, 2007) (court may dismiss chapter 13 bankruptcy case sua sponte pursuant to 11 U.S.C. §1307(c)).