United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15854-elf
James L Hayes                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 2            Date Rcvd: Nov 15, 2017
                            Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.
```
db            +James L Hayes,    7662 Brentwood Road,    Philadelphia, PA 19151-2021
13778225      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13778224      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
13778226      +KLM Law Group P.C.,    Suite 5000, BNY Independence Center,    701 Market St.,
                Philadelphia, PA 19106-1538
13778227      +PA HOUSING FINANCE CO.,    211 N. Front St..,    Harrisburg, PA 17101-1406
13778229      +Pennsylvania Dept Revenue,    PO Box 280432,    Harrisburg, PA 17128-0432
13778222      +U..S. BANK NAT'L ASSOC,    211 NORTH FRONT ST,    P.O. BOX 15057,    Harrisburg, PA 17105-5057
13778233      +Verizon Pen,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13778232      +Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:45      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2017 01:59:36      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13778223       E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:45      City of Philadelphia,
                Law Department - Tax Unit,    One parkway Bldg,    1515 Arach St., 15th Fl,
                Philadelphia, PA 19102-1595
13781085      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2017 01:59:15
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13916532      +E-mail/Text: blegal@phfa.org Nov 16 2017 01:59:25      Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
13778230       E-mail/Text: blegal@phfa.org Nov 16 2017 01:59:25      Pennsylvnaia Housing Finance Agency,
                US BANK NATIONAL ASSOCIATION),    P.O. BOX  15057,    Harrisburg, PA 17105-5057
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13778228      PECO
13778231      PHILA GAS WORKS
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13862471*    ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court:   Water Revenue Bureau,    c/o Pamela Elchert Thurmond,
                Law Department Tax Unit,    Municipal Services Building,    1401 JFK Blvd., Room 580,
                Phila., PA 19102)
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
```
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for
               Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2                  Date Rcvd: Nov 15, 2017
                              Form ID: pdf900            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LEROY W. ETHERIDGE, JR.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         MATTEO SAMUEL WEINER   on behalf of Creditor    U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
         MICHAEL ADAM COHEN    on behalf of Debtor James L Hayes mcohen1@temple.edu
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                        TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L HAYES | Chapter 13 |
| Debtor | Bankruptcy No. 16-15854-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____    11-15-17
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL ADAM COHEN
2113 SNYDER AV

PHILA, PA 19145-


Debtor:
JAMES L HAYES

7662 Brentwood Road

Philadelphia, PA 19151